No. 11–6720. ROWE *v.* BAUMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6723. SORRELLS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6724. ROSEN *v.* NORTH SHORE TOWERS APARTMENTS, INC. C. A. 2d Cir. Certiorari denied.

No. 11–6729. PATTERSON *v.* TOWNE BANK ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6731. ANDERSON *v.* EAGLETON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6734. LOGAN *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 11–6737. TURNER *v.* KHATCHIKIAN. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 11–6739. WILLIAMS *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 11–6745. MIKELL *v.* VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 11–6746. MILLER *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 11–6752. SALAS MORALES *v.* CORRECT CARE SOLUTIONS, LLC. C. A. 4th Cir. Certiorari denied.

No. 11–6766. MERAZ-CAMACHO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–6803. HOLBROOK *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.